UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH M. WILKINS,

    Petitioner,

v.

JEFF LYNCH, Acting Warden,[1]

    Respondent.

Case No. 19-cv-06119-YGR (PR)

**ORDER DIRECTING RESPONDENT TO SEND COPY OF ANSWER TO PETITIONER'S NEW ADDRESS; AND *SUA SPONTE* GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer.

Petitioner's traverse was due on April 6, 2020. To date, no traverse has been filed. It seems that Petitioner filed a notice of change of address before the answer was filed, *see* dkt. 11, and thus he may not have received his copy of the answer because it was sent to his previous address, *see* dkt. 12-19. Respondent's counsel is directed to send another copy of the answer to Petitioner at his new address at California State Prison - Sacramento.

The Court *sua sponte* GRANTS Petitioner an extension of time to file a traverse. The time in which Petitioner may file his traverse will be extended up to and including **twenty-eight (28) days** from the date of this Order. Should Petitioner fail to file a traverse, the petition will be deemed submitted on that date.

The Court notes that this is the first extension in this case. The granting of regular requests for extensions should not be expected.

IT IS SO ORDERED.

Dated: June 25, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] Jeff Lynch, the current acting warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.