1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

KEITH M. WILKINS,

Case No. 19-cv-06119-YGR (PR)

Petitioner,

8

**JUDGMENT**

v.

9
10

JEFF LYNCH, Acting Warden,

Respondent.

11
12

For the reasons set forth in this Court's Order Denying the Petition for Writ of Habeas

13

Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of

14

Respondent.  Each party shall bear their own costs.

15

IT IS SO ORDERED.

16

Dated: March 12, 2021

17
18

JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California